# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:91-CR-00115-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| PAUL RECKTENWALD, | ) | |
| Defendant. | ) | |

Before the Court for consideration are Defendant Paul Recktenwald's Motion/Application for Leave to Proceed *In Forma Pauperis* (Doc. #61), filed on August 26, 2010, and Motion/Request for Disclosure of Supervision Records of the U.S. Probation Office (Doc. #62).

As Defendant Recktenwald's motion for disclosure is filed in a closed criminal case, and relates to that action, there is no need to consider Defendant's Motion for Leave to Proceed *In Forma Pauperis.*

**IT IS THEREFORE ORDERED that** Defendant Paul Recktenwald's Motion/Application for Leave to Proceed *In Forma Pauperis* (Doc. #61) is **DENIED**.

///

///

**IT IS FURTHER ORDERED that** Plaintiff United States, and United States Probation Office shall file on or before **November 8, 2010**, a written response to Defendant Paul Recktenwald's Motion/Request for Disclosure of Supervision Records of the U.S. Probation (Doc. #62).

DATED: October 7, 2010.

_____
PHILIP M. PRO
United States District Judge